<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2674**

---

JAMES F. JONES,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-94-
3540-MJG)

---

Submitted: November 30, 1995        Decided: March 19, 1996

---

Before WIDENER, HALL, and NIEMEYER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James F. Jones, Appellant Pro Se. Victor Jerry Pane, Jr., SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and on grounds of res judicata. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Chater, No. CA-94-3540-MJG (D. Md. Aug. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED